# UNITED STATES BANKRUPTCY COURT
## District of Delaware
## 824 Market Street, 3rd Floor
## Wilmington, DE 19801

| | |
|---|---|
| **In Re:** | Bankruptcy Case No.: 15–11323–KJC |
| Citadel Watford City Disposal Partners, LP | |
|     Debtor | Bankruptcy Chapter:  11 |

Citadel Watford City Disposal Partners, L.P.

    Plaintiff                                       Adv. Proc. No.: 16–51555–KJC

    vs.

Mildred Evelyn Powell

    Defendant(s)

## JUDGMENT BY DEFAULT

On 1/30/2017, default was entered against defendant(s) Mildred Evelyn Powell. The plaintiff has requested entry of judgment by default, has filed an affidavit of the amount due, and has stated that this/these defendant(s) is/are not in the military service. Furthermore, it appears from the record that this/these defendant(s) is/are not an infant or incompetent person. Therefore, pursuant to Fed.R.Civ.P. 55(b)(1), as incorporated by Fed.R.Bankr.P. 7055, judgment is entered against this/these defendant(s) in favor of the plaintiff as follows:

Judgment is entered against defendant(s) Mildred Evelyn Powell in the amount of $22,000.00 plus court filing costs in the amount of $350.00

In addition, interest is hereby awarded to plaintiff at the rate provided in 28 U.S.C. 1961.

Date: 1/30/17                                                             *Una O'Boyle*

                                                                                     Una O'Boyle, Clerk of Court

(VAN–433a)